# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

DONALD STURGIS,

    Plaintiff,

v.                                         Case No. 14-14032

TIMOTHY WILLIS, et al.,

    Defendants,
_____/

## JUDGMENT

In accordance with the court's "Order of Dismissal" dated January 6, 2015,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Timothy Willis, et al. Dated at Detroit, Michigan, this 6th day of January 2015.

                                      DAVID J. WEAVER
                                      CLERK OF THE COURT

                                      s/ Lisa Wagner
                                  By: Lisa Wagner, Case Manager
                                    to Judge Robert H. Cleland